**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  14-cv-1441-WJM-MJW

ARNELL SHELTON,

    Plaintiff,

v.

D. BERKEBILE, FCC Warden and
JENNIFER COULTER,

    Defendants.

---

## ORDER REQUIRING DEFENDANTS TO FILE REPORT

---

Plaintiff Arnell Shelton is in the custody of the Federal Bureau of Prisons and currently is incarcerated at the United States Penitentiary-ADX in Florence, Colorado. On May 21, 2014, Mr. Shelton initiated this action by filing a *pro se* letter/prisoner complaint that alleges a violation of his constitutional right to medical care.  (ECF No. 1.)  In the letter, Mr. Shelton states that he has been held in solitary confinement and denied psychotherapy, and that he has previously attempted to commit suicide.  Mr. Shelton also states that ADX is refusing to provide him mental health treatment, and that he intends to commit suicide by use of a razor and self-starvation via hunger strike. (*Id*. at 1-2.)

The Court has a continuing concern for the well-being of prisoners.  Given the need for an immediate response to Mr. Shelton's claim that he intends to commit suicide, the Court will direct service on Defendants Berkebile and Coulter for the purpose of submitting to the Court a report on their knowledge of Mr. Shelton's mental

health status—including his suicidal ideation—and what actions are being taken to address and treat his condition. *See Martinez v. Aaron*, 570 F.2d 317, 319 (10th Cir. 1978) (approving district-court procedure of requiring prison officials named in civil-rights lawsuits to investigate and report to court on relevant facts at outset of case).

Accordingly, it is ORDERED that the Clerk of the Court shall serve Defendants Berkebile and Coulter with a copy of the letter/complaint as soon as practicable. It is further ORDERED that Defendants shall file the report requested by the Court no later than June 5, 2014. It is further ORDERED that Mr. Shelton may file a response to the report by June 12, 2014.

Dated this 29th day of May, 2014.

BY THE COURT:

William J. Martinez
United States District Judge