IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01441-WJM-MJW

ARNELL SHELTON,

Plaintiff,

v.

D. BERKEBILE, FCC Warden and
JENNIFER COULTER,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

  It is hereby ORDERED that Defendants' Motion to Vacate and Reset the Scheduling Conference and for Extension of Time to File a Responsive Pleading (Docket No. 27) is GRANTED IN PART and DENIED IN PART.  In light of the fact that this case is now four months old and Defendants have been on notice of the need to procure representation since at least June 10, 2014, the Court finds that a 30-day extension is more appropriate than the 60-day extension requested.  Accordingly, it is further ORDERED that:

- The Scheduling Conference set for Monday, October 6, 2014 at 9:30 a.m. is VACATED.  The Scheduling Conference is RE-SET for Thursday, November 6, 2014 at 10:00 a.m.

- Defendants shall have up to and including Thursday, November 6, 2014 to file an answer or other response to Plaintiff's Amended Complaint.

Date: September 24, 2014