IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01441-WJM-MJW

ARNELL SHELTON,

    Plaintiff,

v.

D. BERKEBILE, FCC Warden, and
JENNIFER COULTER,

    Defendants.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Adopting February 19, 2015 Recommendation of Magistrate Judge and Dismissing Plaintiff's Amended Complaint entered by the Honorable William J. Martínez on April 8, 2015, incorporated herein by reference, it is

ORDERED that Judge Watanabe's Recommendation is ADOPTED in its entirety. It is

FURTHER ORDERED that Defendants' Motion to Dismiss and for Partial Summary Judgment is GRANTED IN PART and DENIED IN PART to the extent specified in Judge Watanabe's Recommendation. It is

FURTHER ORDERED that Defendants' Objections are DENIED AS MOOT. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants, D. Berkebile and Jennifer Coulter and against Plaintiff, Arnell Shelton. It is

FURTHER ORDERED that each party shall bear his or her own costs. It is

FURTHER ORDERED that Plaintiff's Amended Complaint and this civil action are

2

DISMISSED.

DATED at Denver, Colorado this  9th  day of April, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk