IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01441-WJM-MJW

ARNELL SHELTON,

Plaintiff,

v.

D. BERKEBILE, FCC Warden and
JENNIFER COULTER,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendants' Motion to Know the Reasons for Favor of Defendants (Docket No. 61) is GRANTED.

    The Clerk of Court is DIRECTED to mail a copy of Judge Martinez's Order Adopting February 19, 2015 Recommendation of Magistrate Judge and Dismissing Plaintiff's Amended Complaint (Docket No. 59), along with a copy of this order, to Plaintiff.

Date: April 28, 2015